### BRILL et al. v. PECKHAM MOTOR TRUCK & WHEEL CO.

(Circuit Court of Appeals, Second Circuit. August 22, 1901.)

No. 139.

Before WALLACE, Circuit Judge, and WHEELER and THOMAS, District Judges.

PER CURIAM. A reargument was granted in this cause because the court deemed it proper to reconsider that part of its former order directing a dismissal of the complainant's bill. A majority of the court remain of the opinion that there should be no modification of the order. Accordingly a mandate will issue pursuant to the terms of the former order. 108 Fed. 267.